UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. JONES, Sr., | No. 2:14-cv-1372 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| B. BLACKWELL, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 1983. On February 8, 2018, the court issued a Further Scheduling Order which, among other things, set deadlines for the parties to file pretrial statements. (ECF No. 30.) Shortly after that, the court scheduled a settlement conference for April 5, 2018. (ECF No. 31.) In a letter filed here on March 5, 2018, plaintiff asks whether scheduling the settlement conference relieves him of the duty to file a pretrial statement. (ECF No. 33.) Plaintiff is advised that setting a settlement conference does not relieve him of his obligations under the Further Scheduling Order, including preparing and filing a pretrial statement.

Dated: March 14, 2018

DLB:9
DB/prisoner-civil rights/jone1372.p letter

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1