# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. JONES, Sr., <br><br> Plaintiff, <br><br> v. <br><br> B. KOELLING, <br><br> Defendant. | No. 2:14-cv-1372 WBS DB P <br><br> ORDER APPOINTING COUNSEL |

Plaintiff, Raymond E. Jones, Sr., is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983. The court finds that the appointment of counsel for plaintiff is warranted. Attorneys Amir Nassihi and Edward Gaus of Shook Hardy & Bacon LLP, have been selected from the court's pro bono attorney panel to represent plaintiff and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Amir Nassihi and Edward Gaus, of Shook Hardy & Bacon LLP, are appointed as counsel for plaintiff in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

////

3. The Clerk of the Court is directed to serve a copy of this order on Amir Nassihi and Edward Gaus at Shook Hardy & Bacon LLP, One Montgomery Street, Suite 2700, San Francisco, CA 94104.

Dated: August 21, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/jone1372.31(2)