UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. JONES, Sr.,<br><br>Plaintiff,<br><br>v.<br><br>BLACKWELL, et al.,<br><br>Defendants. | No. 2:14-cv-1372 WBS DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. On September 14, 2018, the court received a document directly from plaintiff. It is entitled "Opening Statement." On September 17, the court received a second document entitled "Exhibit List/Exhibits."

The court appointed counsel for plaintiff on August 21, 2018. (ECF No. 45.) Therefore, any filings made on plaintiff's behalf should be made by his attorney. See Abdullah v. United States, 240 F.3d 683, 686 (8th Cir. 2001) ("A district court has no obligation to entertain pro se motions filed by a represented party."); United States v. Tracy, 989 F.2d 1279, 1285 (1st Cir. 1993) ("A district court enjoys wide latitude in managing its docket and can require represented parties to present motions through counsel"). The court will not file the two documents received

////

////

from plaintiff on September 19.  They will be disregarded.  Plaintiff shall not file further documents with the court while he is represented by counsel.

IT IS SO ORDERED.

Dated: September 20, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/jone1372.pro se filings

2