Amir Nassihi (SBN 235936)
anassihi@shb.com
Edward Gaus (SBN 289561)
egaus@shb.com
Samantha Burnett (SBN 320262)
sburnett@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:   415.544.1900
Facsimile:   415.391.0281

Attorneys for Plaintiff
RAYMOND E. JONES, SR.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. JONES, SR., | Case No. 2:14-cv-1372-WBS-DB P |
| Plaintiff, | Judge: Hon. Deborah Barnes |
| v. | **JOINT STIPULATION AND ORDER TO AMEND PRE-TRIAL ORDER** |
| B. KOELLING, | |
| Defendants. | Complaint Filed:  June 6, 2014 |

Plaintiff RAYMOND E. JONES, SR. and Defendant B. KOELLING, by and through their attorneys of record, hereby stipulate and agree as follows:

WHEREAS, on September 21, 2018, the Parties' counsel met and conferred regarding the deadline for Parties to exchange copies of their exhibits, and agreed upon a two-week extension for the exchange of exhibits.

For the foregoing reasons, the Parties respectfully request that:

1. The Court amend the pre-trial order, setting the deadline for Parties to send copies of their exhibits to the opposing party or parties from September 27, 2018, to be continued to October 11, 2018.

////

////

| | | |
|---|---|---|
| Dated: September 27, 2018 | Respectfully submitted, | |
| | By: */s/ Samantha Burnett* | |
| | Samantha Burnett | |
| | Shook, Hardy & Bacon LLP | |
| | Attorneys for Plaintiff | |
| Dated: September 27, 2018 | Respectfully submitted, | |
| | By: */s/ Justin Walker* | |
| | Justin Walker | |
| | Deputy Attorney General | |
| | Attorneys for Defendant | |

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the deadline for Parties to send copies of their exhibits to the opposing party or parties is continued from September 27, 2018, to October 11, 2018.

Dated: September 27, 2018

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE