UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. JONES, Sr., | No. 2:14-cv-1372 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| GARY SWARTHOUT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. Trial in this matter is set for November 27, 2018. On October 23, defendant B. Koelling filed a motion to augment his witness list. (ECF No. 50.) Within ten days of the filed date of this order, plaintiff shall file an opposition or statement of non-opposition. Within five days of the filing of plaintiff's opposition or statement, defendant Koelling may file a reply.

IT IS SO ORDERED.

Dated: October 29, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/jone1372.mot to augment

1