Amir Nassihi (SBN 235936)
anassihi@shb.com
Edward Gaus (SBN 289561)
egaus@shb.com
Samantha Burnett (SBN 320262)
sburnett@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:    415.544.1900
Facsimile:    415.391.0281

Attorneys for Plaintiff
RAYMOND E. JONES, SR.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. JONES, SR., | Case No. 2:14-cv-1372-WBS-DB P |
| Plaintiff, | Judge: Hon. William Shubb |
| v. | **PLAINTIFF'S REQUEST FOR COUNSEL TO APPEAR BY TELEPHONE AT STATUS CONFERENCE AND ORDER** |
| B. KOELLING, | |
| Defendants. | Date:          November 19, 2018<br>Time:          1:30 pm<br>Courtroom:   5 (14th Floor)<br>Judge:         The Honorable William B. Shubb |

Plaintiff Raymond E. Jones, Sr., through his counsel, hereby requests that Edward Gaus be permitted to appear by telephone at the Status Conference set for November 19, 2018 at 1:30 p.m. in the above-entitled action. Mr. Gaus requests that he be permitted to appear by telephone because he will be traveling out of state and currently has a pre-paid flight scheduled to depart at 3:00 pm PT on November 19, 2018. Rather than ask this Court and the various counsel in this case to rearrange their schedules, it would be most efficient for the hearing to remain as scheduled, and for Mr. Gaus to appear by telephone. Samantha Burnett, counsel of record for Plaintiff, will be appearing in person.

//

//

//

//

Dated:  November 15, 2018                        Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Edward Gaus*
                EDWARD GAUS

                Shook, Hardy & Bacon LLP
                Attorneys for Plaintiff

**ORDER**

The court hereby grants Plaintiff's request and orders that Edward Gaus may appear by telephone at the Status Conference currently set for November 19, 2018, at 1:30 p.m.

IT IS SO ORDERED.

Dated: November 15, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE